476 A.2d 87

Commonwealth v. Mathis, Appellant.

596

Argued January 18, 1984. Howard B. Zavodnick, for appellant; Frances Gerson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgments of sentence reversed; new trial granted. Jurisdiction is not retained.